# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CLAUDE DALEY**  　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　**CASE NO. 3:04-CV-384 GTE**

**ANN M. VENEMAN, et al.**　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Plaintiff initiated this action to recover contract damages against the United States Department of Agriculture ("USDA"). The United States Attorney filed a Statement of Fact that Cannot be Controverted stating simply: "The plaintiff was paid in full and acknowledged such." (Dkt. #6). Additionally, the Defendants attached to their motion to dismiss an affidavit from the Area Director for the USDA, Jeffrey R. Spencer, showing that approximately nine payments were made to Plaintiff, with the final payment being made on October 31, 2004, in full satisfaction of the contractual obligations owed by the USDA to the Plaintiff. Plaintiff has not responded to Defendant's Motion to Dismiss or to the Statement of Fact. Accordingly, the Court concludes that the claims underlying the Complaint have been satisfied and that dismissal of this case is warranted.

IT IS THEREFORE ORDERED that the Motion for Summary Judgment and Dismissal of Complaint (Dkt. # 5) be, and it is hereby, GRANTED. The Complaint is dismissed in its entirety.

Dated this 14th day of July, 2005

　　　　　　　　　　　　　　　　　　　　　　_/s/Garnett Thomas Eisele_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE