# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CLAUDE DALEY**                                                                                **PLAINTIFF**

**v.**                      **CASE NO. 3:04-CV-384 GTE**

**ANN M. VENEMAN, et al.**                                          **DEFENDANTS**

## JUDGMENT

Upon the basis of the Order granting Motion for Summary Judgment and Dismissal of Complaint (Dkt. # 5), Plaintiff's complaint must be dismissed with prejudice.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendants, Ann M. Veneman and the United States Department of Agriculture, and against Plaintiff, Claude Daley.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 14th day of July, 2005

                                               ____/s/Garnett Thomas Eisele____
                                               UNITED STATES DISTRICT JUDGE